## STADT v. CITY OF BIRMINGHAM.

(Decided December 14, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

B. C. BURKHART, for appellant.    W. A. JENKINS, for appellee.

BROWN, J.—Affirmed for want of assignment of error, on authority of *Williams v. State,* 117 Ala. 199, 23 South. 42, and *Dreyfus v. City of Montgomery,* 4 Ala. App. 270, 58 South. 730.

---

## STADT v. CITY OF BIRMINGHAM.

(Decided December 16, 1916.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

R. D. COFFMAN, for appellant.    W. A. JENKINS, for appellee.

PELHAM, P. J.—Affirmed for want of assignment of error.

THOMAS, J., not sitting.

---

## BUSH v. THE STATE.

(Decided June 17, 1915.)

APPEAL from Houston Circuit Court.

Heard before Hon. H. A. PEARCE.

ESPY & FARMER, for appellant.    W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on motion of Attorney General.

---

## HAWKINS v. THE STATE.

(Decided June 15, 1916.)

APPEAL from Shelby Circuit Court.

Heard before Hon. HUGH D. MERRILL.

No counsel marked for appellant.    W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Sanders v. State, infra,* 70 South. 949.